```
10464306262025      Lackawanna County Clerk/Judicial Records           Page     1
   PYSPRT                   Civil Case Detail Report                   6/26/2025

   Case No.......... 2025-04277  TUFANO (vs) TIKTOK

   Reference No......                                  Filed..........  6/06/2025
   Case Type......... PROFESSIONAL LIABILITY           Time...........      12:36
   Judgment..........           $.00                   Execution Date.  0/00/0000
   Judge Assigned....                                  Jury Trial.....
   Disposed Desc.....                                  Disposed Date..  0/00/0000
   ------------ Case Comments -------------            Higher Crt 1...
                                                       Higher Crt 2...


***************************************************************************************
                              ++ GENERAL INDEX ++
   Indexed Party                                     Attorney Info
   TUFANO FRANK                       PLAINTIFF      PRO SE
      CARBONDALD, PA 18407

   TIKTOK                             DEFENDANT
      CULVER CITY, CA 90230

   TIKTOK INC                         DEFENDANT
      CULVER CITY, CA 90230

   LAVELY & SINGER PC                 DEFENDANT
      LOS ANGELES, CA 90067

   TABAN MEHRYAR RAY MD               DEFENDANT
      BEVERLY HILLS, CA 90212

   MEHRYAR TABAN MD INC               DEFENDANT
      BEVERLY HILLS, CA 90212

***************************************************************************************
                              ++ DOCKET ENTRIES ++
     Date       Entry Text
   ---------- ---------- FIRST ENTRY ------------------
   6/06/2025   VERIFIED COMPLAINT, DEMAND FOR JURY TRIAL AND REQUEST FOR TEMPORARY
               RESTRAINING ORDER FILED
               (EMAILED COURT ADMIN.)
                             12 Image page(s) exists for this entry
   ---------------------- LAST ENTRY ---------------------

***************************************************************************************
                              ++ Escrow Information ++
   Cost / Fee           Beg. Balance      Pymts/Adjmts      End. Balance
   TAX ON CMPLT                $.50              $.50             $.00
   PAF                        $5.00             $5.00             $.00
   JCS/ATJ                   $40.25            $40.25             $.00
   COMPUTER FEE               $5.00             $5.00             $.00
   PAF/JCS                    $1.00             $1.00             $.00
   COMPLAINT CIVIL          $152.75           $152.75             $.00
                           ----------        ----------        ----------
                            $204.50           $204.50             $.00

***************************************************************************************
                              End of Case Information
```



million dollars loss in net profit (assuming 20% yearly growth in business sales over 20 years)

d. Frank Tufano to be compensated for his original account being banned from the platform, preventing his regular growth and sales, an amount that can be estimated to be $12 million dollars in net profit loss over a 20 year period.

e. LAVELY & SINGER reimburse Frank Tufano $330,000 for irreparable damages done to Frank Tufano's online reputation by contacting TikTok and resulting in the banning of Frank Tufano's original TikTok account.

f. LAVELY & SINGER be forced to reimburse Frank Tufano an additional $330,000 yearly indefinitely unless Frank Tufano's TikTok account and videos are restored.

Dated: Friday, June 6, 2025

By: /s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT, DEMAND FOR JURY TRIAL, AND REQUEST FOR TEMPORARY RESTRAINING ORDER - 11