Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

       Plaintiff,

vs.

TIKTOK (TIKTOK INC.)

LAVELY & SINGER PC

MEHRYAR RAY TABAN MD

MEHRYAR TABAN MD INC.

       Defendants

Case No.: 3:25CV01175

OPPOSITION TO MOTION TO DISMISS

**FILED
SCRANTON**

JUL 1 0 2025

PER_____ ⒞ρ
**DEPUTY CLERK**

1. Defendant claims that the case has been removed from state court to the Middle District of Pennsylvania, however Plaintiff has filed opposition to removal, and no ruling has been made.

2. Defendant sought out Frank Tufano and his personal business, located in the state of Pennsylvania, by getting his social media account banned, which he operates from his personal and business domicile residing in the state of Pennsylvania.

3. Although Defendant Taban is a life-long native of Los Angeles and his business is licensed in the state of California, Defendant intentionally sought to due harm against Frank Tufano by taking action against his online assets which operate from the state of Pennylvania.

OPPOSITION TO MOTION TO DISMISS - 1

4. Taban actively engaged in business in Pennsylvania when seeking out Lavely & Singer to take action against Frank Tufano's online social media accounts that operate from the State of Pennsylvania.

5. Dr. Taban's current business, or assets, are irrelevant to the fact that Dr. Taban has actively sought to attack Frank Tufano's personal being residing in the state of Pennsylvania.

6. Additionally, Dr. Taban, in a separate malpractice matter, has caused permanent damage to Frank Tufano's personal being, resulting in permanent damages to Frank Tufano's physical health and ability to operate his business and generate income in the State of Pennslyvania.

Dated: Thursday, July 10, 2025

By: _____ /s/ Frank Tufano

Frank Tufano

OPPOSITION TO MOTION TO DISMISS - 2