THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

    Plaintiff,

    v.

TIKTOK, MEHRYAR RAY TABAN, M.D.,
and MEHRYAR RAY TABAN, M.D., INC.,

    Defendants.

: CIVIL ACTION NO. 3:25-CV-1175
:
: (JUDGE MARIANI)
: (Chief Magistrate Judge Bloom)

## ORDER

AND NOW, THIS 17th DAY OF DECEMBER 2025, upon review of Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation ("R&R") (Doc. 9), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein;

2. The Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2) by Defendants, Mehryar Ray Taban MD and Mehryar Taban MD, Inc. (Doc. 5) is **GRANTED**;

3. The Motion to Dismiss Plaintiff's Complaint Upon Recommendation of Chief Magistrate Judge Daryl F. Bloom (Doc. 10) filed by Defendants Mehryar Ray Taban, M.D., and Mehryar Ray Taban, M.D., Inc. is **DEEMED MOOT**;

4. Defendants Mehryar Ray Taban, MD, and Mehryar Ray Taban MD Inc. are **DISMISSED** for lack of personal jurisdiction;

5. This matter is remanded to Chief Magistrate Judge Bloom for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge